IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SETH ANDREW MONROE, JR.                                PETITIONER

V.                    CASE NO. 4:17-cv-00171-BSM-JTK

ARKANSAS STATE HOSPITAL, et al.                             DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE